**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LINDEN KELLY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No: 23-1301 |

**THE PARTIES' JOINT REQUEST TO STAY CASE PENDING MEDIATION**

The Parties write jointly in follow up to their prior correspondence, and to request a stay of this matter pending the Parties' mediation, scheduled for March 2, 2027, with experienced mediator Dennis Clifford.

The Parties state that in connection with their conferrals regarding this matter, they have discussed potential ADR and have agreed to attempt to resolve this matter first, through their own negotiations, as well as through mediation with Mediator Clifford.

The Parties have also agreed to a pre-mediation exchange of data and information to inform their damages analyses and have agreed to confer regarding damages methodology in connection with their negotiations.

The Parties have scheduled their mediation for early March 2027 given the mediators' unavailability until 2027, as well as the need for time to perform damages analyses and confer with regard to same, to initiate their settlement negotiations, and due to lead counsel's previously scheduled medical procedure and corresponding scheduled time out of the office.

The Parties accordingly request a stay of this matter to allow the Parties to focus their time and resources on potential resolution and preparation for same.

The Parties request to report to the Court on or before March 9, 2027 regarding the outcome of their mediation and proposed next steps.

The Parties make this request in good faith and not for purposes of delay, and the Parties appreciate the Court's time and attention to this matter.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Patrick Hulla*

Patrick F. Hulla (*Admitted Pro Hac Vice*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
700 W. 47th Street, Suite 500
Kansas City, MO 64112
(816) 471-1301 (phone)
(816) 471-1303 (fax)
patrick.hulla@ogletree.com

Jacqueline R. Barrett, Esq. (PA #92433)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2820 (phone)
(215) 995-2801 (fax)
jacqueline.barrett@ogletree.com

/s/ *Krysten Connon*

Sarah R. Schalman-Bergen
(Pa Bar No. 206211)
Krysten Connon
(Pa Bar No. 314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(267) 256-9973
ssb@llrlaw.com
kconnon@llrlaw.com

Sally J. Abrahamson
(admitted *pro hac vice*)
WERMAN SALAS P.C.
335 18th Pl NE
Washington, D.C. 20002
(202) 830-2016
sabrahamson@flsalaw.com

Ryan Allen Hancock
(Pa Bar No. 92590)
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel.: (215) 656-3600
Fax: (215) 567-2310
rhancock@wwdlaw.com