**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LINDEN KELLY, on behalf of himself and others similarly situated,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 23-1301** |
| | : | |
| **TARGET CORPORATION,** | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

**AND NOW**, this 18th day of November, 2026, upon consideration of the Parties' Joint Request to Stay Case Pending Mediation, it is hereby **ORDERED** that Motion is **GRANTED**. (Doc. No. 73) This case is **STAYED** pending Arbitration. The Parties shall promptly submit a joint status report within seven days of the conclusion of Arbitration in this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.